IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :
                              :
v.                            :    Crim. No. 15-330
                              :
HERBERT SUDFELD               :

## ORDER

AND NOW, this 27th day of June, 2016, upon consideration of the Defendant's letter request to continue sentencing, it is hereby ordered that the Sentencing Hearing is rescheduled from July 7, 2016 to July 22, 2016 at 10:30 am.

By the Court:

_____
Rufe, J

LAW OFFICES
# WELSH & RECKER
A PROFESSIONAL CORPORATION
SUITE 2903
2000 MARKET STREET
PHILADELPHIA, PENNSYLVANIA 19103
(215) 972-6430
FAX (215) 972-6436

ROBERT E. WELSH, JR.

June 27, 2016

The Honorable Cynthia M. Rufe
U.S. District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Suite 12614
Philadelphia, Pennsylvania 19106-1797
Fax: (267) 299-7498

Re:   *United States v. Herbert Sudfeld*, Crim. No. 15-330

Dear Judge Rufe:

I write to confirm my request that the Court continue the sentencing date for the above-referenced action from July 7 to July 22, 2016. As I advised Ms. Erica Pratt of your chambers by email several days ago, the reason for my request is as follows: Early in the morning on Tuesday of last week, there was a fire in my office building at 2000 Market Street. While there was no damage to my law office, the building was deemed uninhabitable by the Department of Licenses and Inspections and we were only able to function in our office this morning. Thus, with the sentencing date fast upon us, we have been unable to complete the preparation of an appropriate memorandum and submissions.

AUSA Denise Wolf has confirmed that she does not oppose this request. Both the prosecution and defense are available on July 22, the date suggested by Ms. Pratt.

Finally, I have attached a proposed order.

Respectfully,

Robert E. Welsh, Jr.

cc:   AUSA Denise Wolf (*via email*)