

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : NO. 15-CR-330

v.

HERBERT SUDFELD/72234-066 :

FILED
JUL 22 2016
LUCY V. CHIN, Interim Clerk
By _____ O R DDep. Clerk

AND NOW, this 22nd day of July, 2016, it is hereby **ORDERED** that above-named defendant shall surrender to his institution of designation before 2:00p.m. on September 6, 2016 or earlier as notified by the United States Marshal Service to begin service of sentence as imposed this date. If designation has not occurred by above date and time, defendant shall surrender to the United States Marshal Service at the United States Courthouse, 601 Market Street, Philadelphia, PA 19106 on same said date and time.

Defendant is released on he same terms and conditions as previously imposed

BY THE COURT:

HON. CYNTHIA M. RUFE, J.